CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| FULLERENE INTERNATIONAL CORPORATION | ) ) ) ) | |
|           Plaintiff<br>VS | ) ) | Civil Action No._____ |
| HON. JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PRPERTY AND DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE | ) ) ) ) | |
|           Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  FULLERENE INTERNATIONAL CORPORATION  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  FULLERENE INTERNATIONAL COROPRATION  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_William E. Jackson_
Signature

44,016
BAR IDENTIFICATION NO.

WILLIAM E. JACKSON
Print Name

1199 NORTH FAIRFAX STREET, SUITE 900
Address

ALEXANDRIA, VIRGINIA  22314
City    State    Zip Code

703-739-4900
Phone Number

TOTAL P.01