AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FULLERENE INTERNATIONAL CORPORATION
Plaintiff

V.

HONORABLE JON W. DUDAS, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01451

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/18/2006

TO: (Name and address of Defendant)

HONORABLE JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND
TRADEMARK OFFICE,
RANDOLPH BUILDING
401 DULANY STREET
ALEXANDRIA, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William E. Jackson, Esq.
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 18 2006
CLERK                                          DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Fullerene International Corporation

vs.

Honorable Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office

No. 1:06CV01451 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons, Complaint for Judgment That Plaintiff Is Entitled To A Patent Pursuant To 35 U.S.C. 145, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:35 pm on August 25, 2006, I served Honorable Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office at Randolph Building, 600 Dulany Street, Alexandria, Virginia 22314 by serving Patricia Beck, General Counsel Secretary, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     53
HEIGHT-  5'1"
HAIR-    BLONDE
WEIGHT-  150
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 8-28-06
Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175702

TOTAL P.02