```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


FULLERENE INTERNATIONAL CORP. )
9 East Loockerman Street      )
Dover, Delaware 19901,        )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              ) Civil Action No. 06-1451(RMU)
                              )
HONORABLE JON W. DUDAS        )
Under Secretary of Commerce   )
for Intellectual Property and )
Director of the U.S. Patent   )
and Trademark Office,         )
Randolph Building             )
401 Dulany Street             )
Alexandria, VA 22314          )
                              )
        Defendant.            )
```

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar #498610

_____/S/_____
                                      KAREN L. MELNIK D.C. BAR #436452
                                      Assistant United States Attorney
                                      U.S. Attorney's Office for the District of Columbia
                                      Civil Division
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0338 (O)
                                      (202) 514-8780 (Fax)