UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULLERENE INTERNATIONAL CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1451(RMU) |
| | ) |
| HONORABLE JON W. DUDAS | ) |
| Under Secretary of Commerce | ) |
| for Intellectual Property and | ) |
| Director of the U.S. Patent | ) |
| and Trademark Office, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendant's answer is due to be filed on October 23, 2006.

2. Plaintiff's Complaint concerns whether the defendant improperly denied Plaintiff a patent. This is a complicated area of law, and the agency and undersigned need additional time to properly consider Plaintiff's claims.

3. The defendant is requesting an additional thirty days to review their files, and for undersigned counsel to draft and file an answer or a dispositive motion.

4. Pursuant to LCvR 7(m), the undersigned spoke to an attorney for Plaintiff, Mark J. Cohen, who stated that he did not oppose this motion.

Wherefore the defendant requests until November 22, 2006, to file an answer. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338