**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------X
FULLERENE INTERNATIONAL                 )
CORPORATION                             )
                                        )
            Plaintiff,                  )
                                        )        Civil Action No. 1:06CV01451
            -v-                         )        Judge: Ricardo M. Urbina
                                        )
HONORABLE JON W. DUDAS, UNDER           )
SECRETARY OF COMMERCE FOR               )
INTELLECTUAL PROPERTY AND               )
DIRECTOR OF THE UNITED STATES           )
PATENT AND TRADEMARK OFFICE             )
                                        )
            Defendant.                  )
-------------------------------------------------------X
```

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LCvR 83.2(d) of the Civil Rules of the U.S. District Court of the District

of Columbia, I hereby move for the admission pro hoc vice of the following attorney for

practice before this Court with regard to the above-captioned case:

**FRANK S. DIGIGLIO**

Attached hereto is a Declaration by **FRANK S. DIGIGLIO** which sets forth the

information requested by said Rule.

Dated:  October *30*, 2006

Respectfully submitted,

William E. Jackson, Esq.
Bar ID No. 44,016
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA  22314
(703) 739-4900

1938LT:0000:36307:1:ALEXANDRIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------X
FULLERENE INTERNATIONAL              )
CORPORATION,                         )
                                     )
              Plaintiff,             )
                                     )        DECLARATION IN SUPPORT OF
                                     )        FOR ADMISSION PRO HAC VICE
       -v-                           )
                                     )
HONORABLE JON W. DUDAS, UNDER        )
SECRETARY OF COMMERCE FOR            )
INTELLECTUAL PROPERTY AND            )
DIRECTOR OF THE UNITED STATES        )
PATENT AND TRADEMARK OFFICE,         )
                                     )
              Defendant.             )
-----------------------------------------------------X
```

I, Frank S. DiGiglio, declare under penalty of perjury:

     (1)  That I have not applied for admission pro hac vice in this Court within the last two (2) years;

     (2)  That I am a member in good standing of the highest courts of the State of New York;

     (3)  That I have not been disciplined by any bar;

     (4)  That I do not practice or hold out to practice law in the District of Colombia.

October 19, 2006-10-18               _____

                                    Frank S. DiGiglio

Scully, Scully, Murphy & Presser, P.C.
400 Garden City Plaza, Suite 300
Garden City, New York  11530
516-742-4343