IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
FULLERENE INTERNATIONAL            )
CORPORATION                        )
                                   )
            Plaintiff,             )
                                   )   Civil Action No. 1:06CV01451
            -v-                    )   Judge: Ricardo M. Urbina
                                   )
HONORABLE JON W. DUDAS, UNDER      )
SECRETARY OF COMMERCE FOR          )
INTELLECTUAL PROPERTY AND          )
DIRECTOR OF THE UNITED STATES      )
PATENT AND TRADEMARK OFFICE        )
                                   )
            Defendant.             )
------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(d) of the Civil Rules of the U.S. District Court of the District of Columbia, I hereby move for the admission pro hac vice of the following attorney for practice before this Court with regard to the above-captioned case:

### RICHARD J. DANYKO

Attached hereto is a Declaration by **RICHARD J. DANYKO** which sets forth the information requested by said Rule.

Dated: October 30, 2006

Respectfully submitted,

William E. Jackson, Esq.
Bar ID No. 44,016
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA 22314
(703) 739-4900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------X
FULLERENE INTERNATIONAL          )
CORPORATION,                     )
                                 )
              Plaintiff,         )
                                 )   DECLARATION IN SUPPORT OF
                                 )   FOR ADMISSION PRO HAC VICE
         -v-                     )
                                 )
HONORABLE JON W. DUDAS, UNDER    )
SECRETARY OF COMMERCE FOR        )
INTELLECTUAL PROPERTY AND        )
DIRECTOR OF THE UNITED STATES    )
PATENT AND TRADEMARK OFFICE,     )
                                 )
              Defendant.         )
-------------------------------------------------X
```

I, Richard J. Danyko Jr., declare under penalty of perjury:

(1) That I have not applied for admission pro hac vice in this Court within the last two (2) years;

(2) That I am a member in good standing of the highest court(s) of the State(s) of New York;

(3) That I have not been disciplined by any bar;

(4) That I do not practice or hold out to practice law in the District of Colombia.

_____
Richard J. Danyko

Date:  October 19, 2006

Scully, Scully, Murphy & Presser, P.C.
400 Garden City Plaza, Suite 300
Garden City, New York  11530
516-742-4343