## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------X
FULLERENE INTERNATIONAL     )
CORPORATION     )
     )
     Plaintiff,     )
     )     Civil Action No. 1:06CV01451
-v-     )     Judge: Ricardo M. Urbina
     )
HONORABLE JON W. DUDAS, UNDER     )
SECRETARY OF COMMERCE FOR     )
INTELLECTUAL PROPERTY AND     )
DIRECTOR OF THE UNITED STATES     )
PATENT AND TRADEMARK OFFICE     )
     )
     Defendant.     )
-------------------------------------------------X

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(d) of the Civil Rules of the U.S. District Court of the District

of Columbia, I hereby move for the admission pro hoc vice of the following attorney for

practice before this Court with regard to the above-captioned case:

### B. AARON SCHULMAN

Attached hereto is a Declaration by **B. AARON SCHULMAN** which sets forth the

information requested by said Rule.

Dated: October _30_ , 2006

Respectfully submitted,

William E. Jackson, Esq.
Bar ID No. 44,016
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA 22314
(703) 739-4900

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

```
--------------------------------------------------------X
FULLERENE INTERNATIONAL              )
CORPORATION,                         )
                                     )
            Plaintiff,               )
                                     )     DECLARATION IN SUPPORT OF
                                     )     FOR ADMISSION PRO HAC VICE
    -v-                              )
                                     )
HONORABLE JON W. DUDAS, UNDER        )
SECRETARY OF COMMERCE FOR            )
INTELLECTUAL PROPERTY AND            )
DIRECTOR OF THE UNITED STATES        )
PATENT AND TRADEMARK OFFICE,         )
                                     )
            Defendant.               )
--------------------------------------------------------X
```

I, B. Aaron Schulman, declare under penalty of perjury:

(1) That I have not applied for admission pro hac vice in this Court within the last two (2) years;

(2) That I am a member in good standing of the highest court(s) of the State of Maryland;

(3) That I have not been disciplined by any bar;

(4) That I do not practice or hold out to practice law in the District of Colombia.

9/28/06
_____
Dated

B. Aaron Schulman

Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA  22314
(703) 739-4900

1938LT:1952:36807:1:ALEXANDRIA