IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X
FULLERENE INTERNATIONAL             )
CORPORATION                          )
                                     )
            Plaintiff,               )
                                     )   Civil Action No. 1:06CV01451
        -v-                          )   Judge: Ricardo M. Urbina
                                     )
HONORABLE JON W. DUDAS, UNDER        )
SECRETARY OF COMMERCE FOR            )
INTELLECTUAL PROPERTY AND            )
DIRECTOR OF THE UNITED STATES        )
PATENT AND TRADEMARK OFFICE          )
                                     )
            Defendant.               )
-----------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(d) of the Civil Rules of the U.S. District Court of the District of Columbia, I hereby move for the admission pro hoc vice of the following attorney for practice before this Court with regard to the above-captioned case:

**MARK J. COHEN**

Attached hereto is a Declaration by **MARK J. COHEN** which sets forth the information requested by said Rule.

Dated: October 30, 2006

Respectfully submitted,

_____
William E. Jackson, Esq.
Bar ID No. 44,016
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA  22314
(703) 739-4900

1938LT:0000:36308:1:ALEXANDRIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------X
FULLERENE INTERNATIONAL          )
CORPORATION,                     )
                                 )
              Plaintiff,         )
                                 )         DECLARATION IN SUPPORT OF
                                 )         FOR ADMISSION PRO HAC VICE
      -v-                        )
                                 )
HONORABLE JON W. DUDAS, UNDER    )
SECRETARY OF COMMERCE FOR        )
INTELLECTUAL PROPERTY AND        )
DIRECTOR OF THE UNITED STATES    )
PATENT AND TRADEMARK OFFICE,     )
                                 )
              Defendant.         )
-------------------------------------------X
```

I, Mark J. Cohen, declare under penalty of perjury:

(1) That I have not applied for admission pro hac vice in this Court within the last two (2) years;

(2) That I am a member in good standing of the highest courts of the States of New York and New Jersey;

(3) That I have not been disciplined by any bar;

(4) That I do not practice or hold out to practice law in the District of Colombia.

Date : October 19, 2006

_____
Mark J. Cohen

Scully, Scully, Murphy & Presser, P.C.
400 Garden City Plaza, Suite 300
Garden City, New York  11530
516-742-4343