## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
FULLERENE INTERNATIONAL          )
CORPORATION                       )
                                  )
          Plaintiff,              )
                                  )   Civil Action No. 1:06CV01451
     -v-                          )   Judge: Ricardo M. Urbina
                                  )
                                  )
HONORABLE JON W. DUDAS, UNDER    )
SECRETARY OF COMMERCE FOR        )
INTELLECTUAL PROPERTY AND        )
DIRECTOR OF THE UNITED STATES    )
PATENT AND TRADEMARK OFFICE      )
                                  )
          Defendant.              )
------------------------------------------------------X

### AFFIDAVIT OF SERVICE

Pursuant to Fed. R. Civ. P. 4, I, Staci Johnson, Secretary to William Jackson, mailed on September 13, 2006, a copy of the Summons and Complaint and Judge Urbina's Standing Order by Certified Mail, Return Receipt Requested to:

> United States Attorney General
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530

Attached is a copy of PS Form 3811 which indicates that the documents were received on September 18, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on: October 31, 2006

_____
STACI JOHNSON
Stites & Harbison PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, VA 22314
(703) 739-4900

1938LT:1952:38657:1:ALEXANDRIA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 1 8 2006 |
| 1. Article Addressed to:<br><br>United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0000 7131 0307 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. B. Aaron Schulman
Stites & Harbison, PLLC
1199 N. Fairfax St., Suite 900
Alexandria, VA 22314

TOTAL P.02