IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
FULLERENE INTERNATIONAL        )
CORPORATION                    )
                               )
           Plaintiff,           )
                               )    Civil Action No. 1:06CV01451
        -v-                    )    Judge: Ricardo M. Urbina
                               )
HONORABLE JON W. DUDAS, UNDER  )
SECRETARY OF COMMERCE FOR      )
INTELLECTUAL PROPERTY AND      )
DIRECTOR OF THE UNITED STATES  )
PATENT AND TRADEMARK OFFICE    )
                               )
           Defendant.           )
------------------------------------------------------X

## AFFIDAVIT OF SERVICE

Pursuant to Fed. R. Civ. P. 4, I, Staci Johnson, Secretary to William Jackson, mailed on September 13, 2006, a copy of the Summons and Complaint and Judge Urbina's Standing Order by Certified Mail, Return Receipt Requested to:

> Honorable Jon W. Dudas
> Undersecretary of Commerce for Intellectual Property and
> Director of the U.S. Patent and Trademark Office
> Randolph Building
> 401 Dulany Street
> Alexandria, Virginia 22314

Attached is a copy of PS Form 3811 which indicates that the documents were received on September 15, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on: October 31, 2006      _____
                                    STACI JOHNSON
                                    Stites & Harbison PLLC
                                    1199 N. Fairfax Street, Suite 900
                                    Alexandria, VA 22314
                                    (703) 739-4900

1938LT:1952:38654:1:ALEXANDRIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Jon W. Dudas
Undersecretary of Commerce for
Intellectual Property and Dir.
of the USPTO
Randolph Building
401 Dulany Street
Alexandria, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] 
☐ Agent
☐ Addressee

B. Received by (Printed Name): Vernon Register
C. Date of Delivery: 9-15-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 2570 0000 7131 0321

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. B. Aaron Schulman
Stites & Harbison, PLLC
1199 N. Fairfax St., Suite 900
Alexandria, VA 22314