# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------X
FULLERENE INTERNATIONAL              )
CORPORATION                          )
                                     )
              Plaintiff,             )
                                     )    Civil Action No. 1:06CV01451
         -v-                         )    Judge: Ricardo M. Urbina
                                     )
HONORABLE JON W. DUDAS, UNDER        )
SECRETARY OF COMMERCE FOR            )
INTELLECTUAL PROPERTY AND            )
DIRECTOR OF THE UNITED STATES        )
PATENT AND TRADEMARK OFFICE          )
                                     )
              Defendant.             )
-----------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

Pursuant to Fed. R. Civ. P. 4, I, Staci Johnson, Secretary to William Jackson, mailed on September 13, 2006, a copy of the Summons and Complaint and Judge Urbina's Standing Order by Certified Mail, Return Receipt Requested to:

> U.S. Attorney for the District of Columbia
> 501 34d Street, N.W.
> Washington, D.C. 20001

Attached is a copy of PS Form 3811 which indicates that the documents were received on September 19, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on: October 31, 2006        _____
                                     STACI JOHNSON
                                     Stites & Harbison PLLC
                                     1199 N. Fairfax Street, Suite 900
                                     Alexandria, VA 22314
                                     (703) 739-4900

1938LT:1952:38651:1:ALEXANDRIA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 1 9 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney for the<br>District of Columbia<br>501 3rd Street, N.W.<br>Washington, D.C. 20001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0000 7131 0314 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. B. Aaron Schulman
Stites & Harbison PLLC
1199 N. Fairfax St., Suite 900
Alexandria, VA 22314