UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULLERENE INTERNATIONAL CORP. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1451(RMU) |
| | ) |
| HONORABLE JON W. DUDAS | ) |
| Under Secretary of Commerce | ) |
| for Intellectual Property and | ) |
| Director of the U.S. Patent | ) |
| and Trademark Office, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File an Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until December 22, 2006, to file an answer.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Frank S. DiGiglio
Mark J. Cohen
Richard J. Danyko
400 Garden City Plaza, Suite 300
Garden City, New York 11530

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530