UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULLERENE INTERNATIONAL CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1451(RMU) |
| | ) |
| HONORABLE JON W. DUDAS | ) |
| Under Secretary of Commerce | ) |
| for Intellectual Property and | ) |
| Director of the U.S. Patent | ) |
| and Trademark Office, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal

Rules of Civil Procedure, for an enlargement of time within which to file an answer to Plaintiff's

Complaint.  In support of this request, the defendants state as follows:

1.      The defendant's answer is due to be filed on December 22, 2006.

2.      Plaintiff's Complaint concerns whether the defendant improperly denied Plaintiff a

        patent.  This is a complicated area of law, and the agency needs additional time to

        properly consider the merits of Plaintiff's claims.  The defendant previously filed two

        consent motions for an extension which were granted.

3.      The defendant is requesting an additional twenty-one (21) days to review their files.

        The parties expect that this additional time may permit the parties to resolve this

        matter without further intervention by the Court.

4.      Pursuant to LCvR 7(m), the undersigned spoke to an attorney for Plaintiff, Mark J.

Cohen, who stated that he did not oppose this motion.

Wherefore the defendant requests until January 12, 2007, to file an answer.  A proposed

Order accompanies this motion.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR,  DC Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338