UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FULLERENE INTERNATIONAL CORP.   )
                                )
    Plaintiff,                  )
                                )
  v.                            )
                                ) Civil Action No. 06-1451(RMU)
                                )
HONORABLE JON W. DUDAS           )
Under Secretary of Commerce      )
for Intellectual Property and    )
Director of the U.S. Patent      )
and Trademark Office,            )
                                )
    Defendant.                  )

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendant's answer is due to be filed on January 12, 2007.

2. Plaintiff's Complaint concerns whether the defendant improperly denied Plaintiff a patent. The parties have been communicating with each other regarding the appropriateness of remanding this case back to the agency. The defendant has communicated to the Plaintiff the circumstances under which this may occur. Plaintiff needs additional time to consider what the defendant has proposed. The outcome of these discussions may obviate the need for further judicial intervention.

3. In light of the foregoing, the defendant is requesting an additional eighteen (18) days

        in which to file its answer. The defendant previously filed three consent motions for extension of time which this Court granted.

4. Pursuant to LCvR 7(m), the undersigned learned from agency counsel that an attorney for Plaintiff, Mark J. Cohen, does not oppose this motion.

Wherefore the defendant requests until January 30, 2007, to file an answer. A proposed Order accompanies this motion.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

        /s/
        KAREN L. MELNIK DC BAR # 436452
        Assistant United States Attorney
        555 4TH Street, N.W. Rm. E-4112
        Washington, D.C. 20530
        (202) 307-0338