UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULLERENE INTERNATIONAL CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1451 (RMU) |
| ) | |
| HONORABLE JON W. DUDAS ) | |
| Under Secretary of Commerce ) | |
| for Intellectual Property and ) | |
| Director of the U.S. Patent ) | |
| and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR REMAND

Plaintiff Fullerene International Corp. filed a complaint under 35 U.S.C. § 145 seeking review of a decision by the Board of Patent Appeals and Interferences of the United States Patent and Trademark Office ("USPTO").

The Director, after reviewing the complaint and in view of additional evidence not in the record, has determined that the pending patent application, U.S. Application No. 08/236,933 (the "'933 application"), would benefit from further examination before the USPTO. This would also allow plaintiff the opportunity to submit additional evidence in the '933 application without requiring plaintiff to file a request for continued examination or continuation application.

The Director contacted counsel for plaintiff and the parties have agreed that this case should be remanded back to the USPTO for further proceedings in the '933 application. A remand will also avoid the needless expenditure of additional resources of this Court, the Appellant, and the USPTO. *See, e.g., In re Gould*, 673 F.2d 1385, 1387 (CCPA 1982).

The Director further notes that, upon remand, the USPTO will conduct any further proceedings concerning the '933 application in an expedited manner.  *See* MPEP § 708.01(D).

This motion is accompanied by a proposed order.

_____/s/_____
JEFFREY A. TAYLOR (DC Bar # 498610)
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS (DC # Bar 434122)
Assistant United States Attorney


_____/s/_____
KAREN L. MELNIK (DC Bar # 436452)
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
RM E-4112
Washington, D.C. 20530
Telephone: (202) 307-0338
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULLERENE INTERNATIONAL CORP. )<br>   )<br>   Plaintiff, )<br>   )<br>   )<br>   v. )<br>   )<br>HONORABLE JON W. DUDAS )<br>Under Secretary of Commerce )<br>for Intellectual Property and )<br>Director of the U.S. Patent )<br>and Trademark Office, )<br>   )<br>   Defendant. ) | Civil Action No. 06-1451 (RMU) |

<u>ORDER</u>

Upon consideration of the CONSENT MOTION FOR REMAND, it is hereby ordered that:

(1)   the motion is granted;

(2)   this case is remanded to the United States Patent and Trademark Office (USPTO) for further proceedings concerning U.S. Application No. 08/236,933 (the '933 application),

(3)   plaintiff will submit additional evidence to the USPTO, and the USPTO will consider the issue of patentability in light of the additional evidence in the '933 application;

(4)   the USPTO will allow plaintiff to submit the additional evidence in the '933 application without requiring plaintiff to file a request for continued examination or continuation application;

(5)   upon remand, the USPTO will conduct any further proceedings concerning the '933 application in an expedited manner.  *See* MPEP § 708.01(D).

(6)   each side is to bear its own costs and attorney fees.

_____                              _____
**DATE**                                              **UNITED STATES DISTRICT COURT JUDGE**