UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| FULLERENE INT'l CORP., | : | | |
| | : | | |
| Plaintiff. | : | | |
| | : | | |
| v. | : | Civil Action No.: | 06-1451 (RMU) |
| | : | | |
| JON W. DUDAS, | : | Document Nos.: | 18 |
| | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

Upon consideration of the consent motion for remand, it is this 29th day of January 2007 hereby **ORDERED**, that:

(1) the motion is granted;

(2) this case is remanded to the United States Patent and Trademark Office (USPTO) for further proceedings concerning U.S. Application No. 08/236,933 (the '933 application),

(3) plaintiff will submit additional evidence to the USPTO, and the USPTO will consider the issue of patentability in light of the additional evidence in the '933 application;

(4) the USPTO will allow plaintiff to submit the additional evidence in the '933 application without requiring plaintiff to file a request for continued examination or continuation application;

(5) upon remand, the USPTO will conduct any further proceedings concerning the '933 application in an expedited manner. See MPEP § 708.01(D).

(6) each side is to bear its own costs and attorney fees.

RICARDO M. URBINA
United States District Judge